**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Dwight Lamont HUNTER, a/k/a
Dee, Defendant—Appellant.**

**No. 09–6798.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2010.

Decided: June 22, 2010.

Dwight Lamont Hunter, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MICHAEL,* MOTZ, and

* Judge Michael was a member of the original panel but did not participate in this decision.

This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwight Lamont Hunter appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hunter*, No. 3:94–cr–00111–GCM–12 (W.D.N.C. Apr. 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*